**Alonzo WILLIAMS, III, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53095.**

Missouri Court of Appeals,
Western District.

Feb. 11, 1997.

A. Renae Adamson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Alonzo Williams appeals the judgment denying his Rule 24.035 motion for postconviction relief. Williams pled guilty to one count of robbery in the first degree and one count of armed criminal action. He claims that he was compelled to enter a guilty plea because his trial counsel was ineffective for failing to investigate alibi witnesses.

Affirmed. Rules 30.25(b) and 84.16(b).